

RECEIVED
Aug 20. 2008
AUG 2 0 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DevARis M. Perry
PRO` SE

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

" Chicago "
Department of Police.
"City of Chicago".
officers. Stepen watts,
John Doe, Bartel
Keithly /Detectives.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV4730
JUDGE LEFKOW
MAG.JUDGE SCHENKIER

Case No
(To be ~~supplied by the Clerk of this Court~~)

**CHECK ONE ONLY:**

___✓___ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Devaris Perry

B. List all aliases: Ricky Johnson

C. Prisoner identification number: 2007-0094037

D. Place of present confinement: Cook County Jail

E. Address: 2700 S. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Chicago Police/officer Steven watts

Title: Police office/Detc

Place of Employment: 3510 S. Michigan• Chicago IL, 60653

B. Defendant: Chicago Police/ officer ~~████~~ Bartel Keithly

Title: Police officer /Detc

Place of Employment: 3510 S. Michigan• Chicago, IL. 60653

C. Defendant: Department of Police• City of Chicago

Title: Department of police • city of chicago

Place of Employment: ~~~~~~~~

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _____

_____

B.   Approximate date of filing lawsuit: _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D.   List all defendants: _____

_____

_____

_____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.   Name of judge to whom case was assigned: _____

_____

G.   Basic claim made: _____

_____

_____

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

See attached

Revised 9/2007

TO  Department of Police. City of Chicago
    3510 S. Michigan Avenue.
    Chicago, ILLinois. 60653

FROM: Devaris  Perry  # 2007-0094037
      Cook county Jail
      2700 S. California
      P.O. BOX 089002
      Chicago ILLinois 60608

Dear: sir/madam

I, Devaris Perry, would Like to register a complaint
with two of chicago police department officers.
Steven Watts     And John Doe     ,Regarding
.TO  false arrest and the use of excessive force,
TO  perpetuate it, were I was intentionally Shot
Twice from behind, In the back of my Left thigh
And also my Lower back.
Because I'm Black, Is why this prejudice
Act happend.

On the date of 9-13-07, while staying over night with my
Girlfriend Brittney norwood At the Location of
511 E. Browning ,Her grandmothers Apt 303.
The Morning of 9-14-07, Brittney decided to take her son
Home the address of 15031 S. University Dolten, IL.
When she Left, I then decided to go TO the next
Building over 527 E. Browning TO hang out with a
Cuzzin of her's, But, I could not find him
So, I walked up the stairs to the fifth floor Apt 501
Were her cuzzin took me a couple of times to hang
out. AS I walked up to the door and turned
The ——————→

2.

Door Knob, The door opend.
I then checked the rooms to see if he was their,
But I found the lady whos Apt It was MS. Justine
Sleeping in the back room.
I then took a seat on the Living room couch
And would try to wait on my friend to come in.

After about 45 minuets, I began to here hard Kicking
And banging on the door, The Lady Justine whos Apt
It was, Then came to the front room Asking me?
"Why" I didn't open the door, As she spoke The
Bottom of the door had been Kicked in.
And it was, two of C.P.D. officers: Steven watts
And John DOE. Both entered the Apt Telling me and
MS. Justine TO get on the wall.
Officer. watts searched throught the apt from room to room.
And officer Doe: Stood by the door with his drawn
Weapon in hand.
After officer watts searched throught the apt
He then walked up to me and punched me in the face
I fail to the floor and he started Kicking me
And MR. DOE As well Started Kicking me.
I struggled to get away from those officers
Crawling backwards on the floor, The door was
Right theire and I managed to sqweez out of
The bottom of the door That had beed Kicked in
Totally by the officers.

I then maidit to my feet and began to flee,
from the officers. Running around the corner of
The hall way Down the exit of the fifth floor
TO the forth, I began to run in a circle TO try
And Lose the officers. ———→

JQQ

from running from the forth floor on to the third,
On my way down the steps finding myself making
A right turn, pass the elevator.
MR. DOE stood on the left side of the hall way
with his weapon pointing at me.
"Saying" freez motherfucker or ill shoot.
As I continued to flee, off the first, Then second shot.
The first shot, Intering the back of my left thigh,
The second shot Intering my lower back.
I admedialty fell to the floor.
Partially paralysis throught my left side down.
I then started to scream for help. with know sign of
Police anywere.
And this girl came up the stairs and called the ambulance
And she then started to take pictures or record me
On her sell phone.

I then here a nother shot go off, I was very scared.
I then started to here paramedics coming up the stairs.
I then started to see Police coming from everywere.
The paramedics, while making their way up the stairs,
A couple of them asking" am I alright and start asking
Me Qwerstions. My name, Address, mom name, DOB, as well.
And while laying on the floor, My hands were tested
for gun powder and my clothing confiscated.
I were then place on a flat board and carried down
Stairs to the ambulance.

only being in the hospital 4½ days. Because of "deliberate
Indifferences" and inadequate medical care by J.H. Stroger
Hospital.
with in those days, I Devaris Perry, was paid a visit
By several or more officers Lutinant John Doe
Asked Me for a statement, That i gave", The same above.
I also was took pictures of while I laid in the
Hospital bed.

I, Devaris Perry, Has been Charged with
Attempted murder on a Officer.
Something I Did not commit
I have been here at the county Jail
fore several months now.
I thought I would be going home in
A few months After the situation, was over.

I, Devaris Perry, Supposed to taken the
Officers weapon and shot him, In his
Left arm, At point blank range.

I never attempted to touch his weapon.
I had no reason to do such a thing.
I dont even have a bond on this wrongfully
Accused matter.

Please help me in this matter as soon as
. Possible.


Thank you!

Sincerly:

Signature: Perry, Devaris

        Perry, Devaris
        Respectfully Submitted
Subscribed and affirm to before me this 28 a day of
May 2008    Ivory R. A

"OFFICIAL SEAL"
Ivory R. Avery
Notary Public, State of Illinois
My Commission Expires Aug. 13, 2008



| Richard M. Daley | Department of Police • City of Chicago | Jody P. Weis |
|---|---|---|
| Mayor | 3510 S. Michigan Avenue • Chicago, Illinois 60653 | Superintendent of Police |

June 03, 2008

Devaris Perry #2007-0094037
Cook County Jail
P.O. Box 089002
Chicago, Illinois 60608

Dear Mr. Perry:

I have received your letter dated May 21, 2008. Please be advised the Chicago Police Department's Internal Affairs Division does not have the authority to investigate the allegations contained in your letter. This incident is currently under investigation by the Independent Police Review Authority. I have forwarded your letter to them. If you wish to pursue this matter further, you should contact the Independent Police Review Authority. Their office may be reached at 312-745-3609, or you may write to them at 10 West 35th Street, Chicago, Illinois, 60653. Please include complaint log number 1009279 with your inquiry.

Respectfully,

Tina Skahill
Chief
Internal Affairs Division

TS/rep

TO: The independ police Review Authority
10 West 35th Street
Chicago, Illinois. 60653

From: Devaris Perry # 2007·0094037
Cook County Jail       COMPlaint LOG NUM: 1009279
2700 S. Califonia Avenue
P.O. Box 089002
Chicago, Illinois. 60608

Dear: Sir/madom
    I, Devaris Perry, IS sending a Follow UP Complaint, Because I believe that MY previous complaint did not express MY Emotional intent, Behind this investigation im requesting.

    I, Devaris Perry, would Like to request Copys of investigation Reports. And I, Devaris Perry, would Like to be Kept imformed OF proceedings, concerning this Falsely accuesed Matter.

    I would realy appreciate, That this complaint is taken in Deep Concern.

    I, Devaris Perry, would Like to register a complaint against Chicago Police department OFFicers, Stephen watts and Bartel Keithly, Regarding to, I, Devaris Perry, Constitutional Forth[u] Amendment right.

    The right OF the People to be secure in their persons, houses, Papers, and effects, against unreasonable Searches and Seizures, Shall not be violated, and no warrants Shall issue, But upon Probable cause, Supported by oath or aFFirmation, and particularly Describing the Place to be searched, and the Person or things To be Seized, False arrest and the use OF excess'es oF force And I, Devaris Perry, Being wrongFully detain'd, Falsely Accuesed oF a crime, I DID not commit.

[Amendment XIV.][14]

Section 1. All Person born or naturalized in the united States, And Subject to the Jurisdiction thereoF, Are citizens OF the United States and oF the State wherein they reside. No State shall make or enforce any Law which Shall abridge The Privileges or immunities OF Citizens OF the united States; Nor Shall any State deprive any Person oF Life, Liberty, or Property, without due process OF Law: Nor deny to any Person within Its Jurisdiction the equal Protection oF the Laws.

    But I, Devaris Perry, Continue to be maliciously Prosecut'ed For a crime, I, Devaris Perry, Did not commit.

    And I, Devaris Perry, continue to be deprive'd oF MY Constitutional rights.

On the date of 9-13-07, while staying over night with my Girl Friend, Brittney Norwood, At the Location of 511 E. Browning, Her Grandmothers apartment 301.

The morning of 9-14-07, Brittney decided to take her son home. Address of 15031 S. university, Dolten Illinois. When she, Left, I, Devaris Perry, then decided to go, To the Next building over, 527 E. Browning, To hang out with A cousin of Brittney's, Shawn Clark, But I could not find him, So I walked up the stairs, To the Fifth Floor Apartment 501. Were Shawn took me a couple of times to hang out.

As I, walked up to the door and turned the door Knob The door opend and I walked in, Because im a Friend of MS: Justine as well.

I then checked the rooms to see, IF Shawn was there But he was not there, And I Found the Lady ms: Justine Sleeping in the back room. I then took a seat on the Living room Sofa and would try to wait on my Friend Shawn To walk through the door.

After about "45 Forty Five minutes, I began to here hard Kicking And banging on the door. The Lady ms: Justine walked From The back room, Asking me? why I didn't open the door, As she started to Speak, The bottom of the door, Had been Kick'ed in.

And it was two of Chicago Police department officers Stephen Watts and Bartel Keithly.

Both enter'd the apartment, Telling I, Devaris Perry, And MS: Justine, To Get against the wall and we were then Search.

Officer Stephen Watts, Search through the apartment From room to room and officer Bartel Keithly Stood by the door with his weapon drawn in hand. After officer Watts Search Through the apartment, He then walked up to me and Punched Me in the Face, I Fail to the Floor and both of the officers Started Jumping on me.

I Struggled to Get away From those officers, Crawling Backwards on the Floor, The door was right there and I managed to saweez out of the bottom of the door That had been Kicked in totally by the officers.

I then Maid it to My Feet and beGan to Flee From the OFFicers. RunninG around the corner oF the hall waY, And down the exit oF the FiFth Floor, RunninG to the Forth Floor, ProlonGinG on the Forth Floor, To Get awaY From the OFFicers, I then decided to run to the third Floor. On My waY down the stairs, FindinG MYselF MakinG a riGht turn Pass the elevator, OFFicer Bartel keithlY stood on the oPPoside oF I, Devaris PerrY, with his weaPon Pointed at me, StatinG " Freez Mother Fucker or i'll shoot. As I, Devaris PerrY, Continued To Flee, OFF the First Shot and the Second Shot.

The First Shot inter'inG the back oF My LeFt thiGh and The Second Shot inter'inG the Lower back oF I, Devaris PerrY, And caused I, Devaris PerrY, ParalYsis and disabled in MY LeFt LeG.

I then Started to Scream For helP, with know SiGn oF Police AnYwere.

And this GirL came uP the Stairs and called the ambulance And then She Started to record me on her SeLL Phone or take Pictures oF Me.

I then here a nother Shot discharGe, I was verY Scared. I then Started to here Paramedics cominG uP the Stairs. I then Started to See ChicaGo Police cominG From everYwere.

As the Paramedic maid there waY uP the Stairs, TheY then Started To ask Me QUestions MY name, Date of birth, MY address, And MY mom name.

And while LaYinG on the Floor, MY hands were tested For Gun residue and MY clothinG ConFiscated as evidence.

I were then Placed on a Flat board and carried down stairs To the ambulance.

OnlY beinG in the hosPitaL 4¾ daYs, Because of deliberate IndiFFerences and inadeQuate Medical care BY John H. StroGer HosPitaL.

within those daYs beinG in the hosPitaL, I, Devaris PerrY, Was Paid a visit bY Several or More oFFicers, LUtinant John Doe asked me for a Statment, That i Gave him, The Same above. The oFFicers took Pictures oF me, while I Laid in the hosPitaL bed.

I, Devaris Perry, Has been Charged with Attempted murder on a Officer. Something I did not commit. I have been here at the county Jail fore several months now. I thought I would be going home in A few months After the Situation, was over.

I, Devaris Perry, Supposed to taken the Officers weapon and shot him, In his Left arm, At point blank range.

I never attempted to touch his weapon. I had no reason to do such a thing. I dont even have a bond on this wrongfully Accused Matter.

Please help me in this matter as soon as Possible.

Thank you!

Sincerly:

Signature: Perry, Devaris

Perry, Devaris
Respectfully Submitted
Subscribed and affirm to before me this 28 a day of May 2008   Ivory R. A

"OFFICIAL SEAL"
Ivory R. Avery
Notary Public, State of Illinois
My Commission Expires Aug. 13, 2008

1.

TO: Independent Police review Authority
10 West 35th Street
Chicago, Illinois. 60653

From: Devaris Perry #2007-009-4037
2700 S. California Avenue    Complaint Log Num: 1009279
P.O. Box 089002
Chicago, Illinois. 60608

Dear: Sir/Madam

I, Devaris Perry, am sending this complaint to the
Independent Police review Authority and therefor
I, Devaris Perry, pray that this complaint be taken
In deep concern and investigated.

Behind this investigation, I, Devaris Perry, am requesting
I would Like to be kept infored, of all proceed'inds
In this falsely accused matter.

On the date of 9-14-07, officer Stephen watts and Bartel Keithly
Kicked in the door of, Apartment 501, Location 527 E. Browning and
Inter'red in to the apartment.

I, Devaris Perry, and own'er of the Apt, Ms: Justine, was told
To stand against the wall and then we were searen'ed, After we
were search'ed, The rooms of the apartent were search'ed, BY
officer Stephen watts and officer Bartel Keithly, stood by the
Door, with his weapon in hand. Shortly after the rooms were search'ed
BY officer Stephen watts, I, Devaris Perry, Then started to be
Beat'en by the officer's, I, Devaris Perry, struggled to get away
From the officer's, But I manage'd to do so.

But because of the officers actions 'Against I, Devaris Perry, I
Broke Lose from the officers and began to run away,
From the fith 5th floor, To the forth 4th floor, Prolonging on the forth th floor,
I then began to run on, To the third 3RD floor.

making a right turn on the third floor, pass the elevator,
officer Bartel Keithly, stood on the Left hand side, The opposide
side, of I, Devaris Perry.

officer Bartel Keithly accurate aim 'weapon pointed and his state'ment
TO I, Devaris Perry, was 'freez' mother F***** or i'll shoot,
As I, Devaris Perry, continued to run, off the first shot
And the second shot.

The first shot pierce'ing I, Devaris Perry, In the back of MY LEFt thigh
And the second shot pierce'ing, I, Devaris Perry, In MY Lower back,
were The bullet Lodged in MY Lower spine, causing I, Devaris Perry,
TO have, Paralysis, from MY LEFt hip down, unable to move.

But Police report Statement, I, Devaris Perry, Inter'red in to A Physical altercation, with officer Bartel Keithly and a hassle And Attempted, To disarm officer Bartel Keithly, His weapon discharges And officer Bartel Keithly was shot in his Left arm, At Point blank Range.

It would have realy made common sense, For the altercation To take Place, were cruel and unusual Punishment, was being inflicted TO I, Devaris Perry, on the date of 9-14-07.

IF officer Bartel Keithly, Regain control of his weapon, After being Shot In his Left arm, At Point blank range.

Would I, Devaris Perry, Be Shot twice, In the front of my body At Point blank range. or would I, Devaris Perry, Be Shot twice From behind Fore'teen Feet away.

Before I, Devaris Perry, would have been Giv'en a chance, To Flee Fore'teen[14] Feet away, I, Devaris Perry, would have been shot down.

And IF, I, Devaris Perry, was in a Physical altercation, with officer Bartel Keithly and his weapon Discharged, with the both of us Present at the moment, Then there would be Gun residue, On the both of us, On the back of my hands and my T-shirt That was confiscated as evidence on the scene, of the suppose To have been commited crime, BY I, Devaris Perry.

But Because, I, Devaris Perry, was intEntionally shot twice From Behind, In the back of my Left thigh and my Lower back, BY officer Bartel Keithly, on the third[3RD] Floor, At thE Location of 527 E. Browning. That Left, I, Devaris Perry, with Paralysis in my Left Leg and Unable to Move and the matter attempting, To be Justified BY officer Bartel Keithly, BY instructing his Partner StePhen Watts, TO Shoot him in his "arm, Left" At Point blank range or he Shot Him self at Point blank range, TO Justify, I, Devaris Perry, Being Shot in the back. Which makes this Falsely accused, devise'd, And very unLawful and disParage of the United States Law.

I, Devaris Perry, Has been Falsely accused of, Attempted murder on officer Bartel Keithly. I, Devaris Perry, Never was in a Physical altercation, with officer Bartel Keithly, On the third[3RD] Floor, At the Location of 527 E. Browning, Nor did I attempted to disarm the officer And I never had Position of officER Bartel Keithly weapon.

Crime Lab Ballistics reports Statement, I, Devaris Perry, Never had any Gun residue on my hands. Nor on my clothing.

But I, Devaris Perry, continue to be Maliciously Prosecuted, for a crime, I did not commit.

But now here Case 1:08-cv-04708K Document Jail Filed 08/26/2008 Page 16 of Pending
Against I. Devaris Perry. and I. continue to be maliciously Prosecuted
For a crime, I did not commit and Deprived of my constitutional
Rights. Amendment Foreteen 14 Section 1. Explain to me.

All Persons born or naturalized in the united States and SubJect
To Jurisdiction therein they reside. No state shall make or enforce
Any Law which shall abridge the Privileges or immunities of Citizens
Of the united States. Nor shall any State Deprive any Person of Life,
Liberty. or Property. without Due Process of Law; Nor deny to any Person
within it's Jurisdiction the equal Protection of the Law.

when our Forefathers wrote the constitution of the united States.
They Provided SaFeGuard against depotism by Providing a balance of
Power. The constitution was Set up to Provide clear division of
Legislative, Judicial, and executive Power. It was believe that this
System would ensure that if one branch Got out of hand the other two
would act to keep the one in check. This balance of Power was
Predicated upon the Power of the others.

I. Devaris Perry. would realy appreciate that, my constitution rights
Dose not continue to be violated and I. Devaris Perry. Be Giv'en
Free'dom. In this Falsely accused matter.

It has been ten¹⁰ months, And cook county Jail, criminal courts
Building, State Prosecutor, Have the exact Same, Ballistics crime Lab
Reports, That Public DeFender, Vernon SchleYer, Have.

That shows, It would have been impossible, For I. Devaris Perry.
To have interred in a Physical altercation, with officer Bartel
Keithly and impossible For I, Devaris Perry, To have even attempted
To disarm officer Bartel Keithly.

But I. Devaris Perry. continue to be maliciously Prosecuted
For a Crime, I did not commit.

On the court date of, 3-10-08, The State Prosecutor, Requested that
It be court order'd, By honorable Judg: Mary Brosnahan, That My
DNA, Be taken and tested and I. Devaris Perry. FinGer Prints as well
Be taken and tested.

I. Devaris Perry. DNA ` I suppose. to see, IF MY DNA was on officer
Bartel Keithly or officer Bartel Keithly DNA on I, Devaris Perry.

On the court date of 4-9-08, Honorable Jude: Mary Brosnahan, was
Told, By State Prosecutor, That there will be Know need, For I,
Devaris Perry, Finger Prints, Because Ballistics reports, on the weapon
Shows inconclusive, On the weapon that was discharGed, with
officer Bartel Keithly and I, Devaris Perry. Present at the moment.

Inconclusive: Meanig' To Smudge or Smear.

IF, I, Devaris Perry, was in a Physical altercation with officer Bartel Keithly and disarm'd officer Bartel Keithly, Then there Would be Gun residue on my hands and clothing'T-shirt, That was Confiscated as evidence and my Finger Prints would be on the Weapon, Ballistics reports on the weapon, would not show inconclusive.

IF officer Bartel Keithly, Never Lost control of his weapon, Ballistics reports, would not show inconclusive on the weapon, officer Bartel Keithly, Finger Prints would be on the weapon.

I, Devaris Perry, Has a very Good explicable, why Ballistic reports, On the weapon, Shows inconclusive. Because officer Bartel Keithly or officer Stephen watts, Smeard there Finger Prints on the weapon To Justify, I Devaris Perry, Being Shot in the back.

I, Devaris Perry, constitutional right Amendment [ix] explic'it.

The enumeration in the constitution of certain rights Shall not be construed to deny or disparage other Retained by the People.

But I, Devaris Perry, Amendment rights, continue to be violated, And I, continue to be deprived of Life and Liberty and Maliciously Prosecuted, For a Falsely accused crime, I did not Commit.

And with" Honorable Judge: Mary Brosnahan, Husband being a Police officer, Makes this Falsely accused matter, A well'rounded Conspire'd terror, To maliciously Prosecute and convict, I, Devaris Perry, of a crime, I Did not commit.

My constitutional right, Amendement [viii]° explic'it, To I, Devaris Perry.

Excessive bail Shall not be required, Nor excessive Fines imposed, Nor cruel and unusual Punishment inflicted.

But I, Devaris Perry, Dose not have a 'bond'Bail" In this Falsely Accused matter and my Juvinile record was used at, I, Devaris Perry, Bond hearing, That made I, Devaris Perry, Sound Like a Career Criminal, That im not.

I, Devaris Perry, Am not Seeking Financial conversation, But Justice In this matter.

To Stop officers Like Stephen Watts and Bartel Keithly From doing To a nother individual, what they have done to me.

There For, I, Devaris Perry, Pray that I see Justice in this Falsely Accused matter, Against I, Devaris Perry.

This Letter Shall reach those of whom, That will Know this incident Is somthing that shall be taken in to deep Concern.

People such as: Fred Hampton JR., Rev. Jesse Jackson Rainbow Push Association, Jacbuline Collins our U.S. Representative and Senator James Meeks.

So That MY Pain will Perpetuate and MY Voice be here'd All over The united States of america.

I want the eyes, That read this complaint, To Know, That im not Just same Young Black male, Who dose not have Plans, For his Life, Because, I have always had Plans for MY Life And I, Devaris Perry, will Continue to have Plans For MY Life.

And I shall seek Justice, To the end, In this Falsely accused Matter.

Signature: _Perry, Devaris_

Respectfully Submitted

TO: Independent Police review Authority
     10 West 35th Street
     Chicago, Illinois. 60653

From: Devaris Perry # 2007-0094037
      2700 S. California Avenue
      P.O. Box 089002
      Chicago, Illinois. 60608     COMPlaint LOG NUM: 1009279

Dear: Sir/Madom

    I, Devaris Perry, Am send'ing this comPlain
    To the, Independent Police review Authority.

    And thereFor, I, Devaris Perry, Prays that this complaint
    Be taken' in to deeP concern and fully investigated.

    Me being a Yuth, Raise'd in the Chicago South side
    Englewood community and a often visitor
    To the hous'ing ProJects were maJority of MY Family
    And Friends Live, The im'Pact on PeoPle LiFe, Such as,
    warren Ballentine, Judge: Greg Mathis, Antwon Glover
    AKA Slim charles, Keasha cole, And other individual's
    That have made turning Points in there LiFe,
    Have always Led me to Know, Know matter what
    TYPe of Situation im in, It could never be hoP'less.

    MY Pain Gose Farther, Than the Lodge'd bullet
    Thats in MY Lower SPine, That has cause'd
    I, Devaris Perry, Paralysis From MY LeFt hiP down,
    And disabled in MY LeFt LeG.
    MY Pain Gose farther than, The Position im in
    with deliberate indiFFerence's of Medical care.
    MY Pain Gose Farther than, Me being force bY Correctional
    OFFicer's, Here at Cook CountY Jail, To walk uP and
    Down Stair'wells, with a bullet Lodge'd in MY Lower SPine
    MY Pain Gose Farther than, The Permanent Prescribed
    Cane, walk'ing Stick, I'M Force'd to walk with, Because
    OF MY disabled LeFt LeG.
    MY Pain Gose Farther than, I, Devaris Perry, Being
    AwaY From MY FamilY, In this FalselY accused situation.

The shooting's has to stop, Not Just amongs our Young Yuth Community, But the Police officers as well, That being Place'd in our community, of the same Nationality and other nationalitys, with PreJudice.

Of whom dont have a Problem, with Pulling a triger. And contributing, To the own Going violence, existing In our community.

I, Devaris Perry, Believe' with Police officers involving In matters such as these And there shootings Always being Justified, with out Farther Question, Is very unLawFuL.

I, Devaris Perry, Believe that every Police officer Shooting, Should not Just be review'd, But FuIIy investigated.

Because, I, Devaris Perry, Is being maliciously Prosecuted For a crime, I did not commit, A Police Shooting.

I, Devaris Perry, Has been a witness and now a victom, Of such acts as, "Be Shot", BY a Police officer and even Beten bY a Police officer.

Now here, I, Devaris Perry, Stand a victom of my own Fears Being Shot, BY a Police officer and FalselY accused Of a crime, I did not commit, To JustiFie , I, Devaris Perry, Being Shot, In the back.

ThereFor, I, Devaris Perry, PraYS, That this complaint Be taken in to deep concern and FuIIy investigated.

signature: *Perry, Devaris*
ResPectFully submitted

V.    **Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.

I, Devaris Perry, would Like the best doctor care the State can provide fore paralysis And see to granting, I, Devaris Perry, 50.5 Million Dollors.

And fully investigation, to the Police officers Involvement, In this Falsely accused matter.

VI.    The plaintiff demands that the case be tried by a jury.  ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_Perry, Devaris_
(Signature of plaintiff or plaintiffs)

Devaris    Perry
(Print name)

2007-0094037
(I.D. Number)

Cook County Jail 2700 S. California
P.O. Box 089002   Chicago, IL. 60608
(Address)

6