

7/18/02

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

F I L E D
Aug 20 2008
AUG 2 0 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND

**08CV4730
JUDGE LEFKOW
MAG. JUDGE SCHENKIER**

Devaris Perry
_Plaintiff_

v.

Chicago Police Department/officers "Steven Watts" "John Doe"
_Defendant(s)_

CASE NUMBER 07135163

JUDGE Mary Brosnahan

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Devaris Perry, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. #2007-009-4037   Name of prison or jail: Cook County Jail
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount:_____

2. Are you currently employed?   ☐Yes   ☐No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married?   ☐Yes   ☐No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐Yes   ☐No
      Amount_____   Received by_____

    b.    ☐ Business, ☐ profession or ☐ other self-employment     ☐ Yes     ☒ No
Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends     ☐ Yes     ☒ No
Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                                ☐ Yes     ☒ No
Amount_____ Received by_____

    e.    ☐ Gifts or ☐ inheritances     ☐ Yes     ☒ No
Amount_____ Received by_____

    f.    ☐ Any other sources (state source: _____)     ☐ Yes     ☒ No
Amount_____ Received by_____

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐ Yes   ☒ No   Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?   ☐ Yes   ☒ No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐ Yes   ☒ No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                                      ☐ Yes     ☒ No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

_____

## Resident Funds Inquiry
**Current User Name: PROGSERV** Logout

ResId: 20070094037    [Submit]

Resident Id: **20070094037**
Resident Name: JOHNSON , RICKEY
Date of Birth:
Location: **01A -03 -16**

**Account Activity:**                                                                 Prior History

| Date | Transaction Type | Transaction Description | Amount | Balance | Due | Total |
|---|---|---|---|---|---|---|
| 6/30/2008 | DEBT FWD | ALL DEBT AT CONVERSION | 0.00 | 0.38 | 0.00 | 0.38 |
| 6/30/2008 | BALANCE FWD | BALANCE AT CONVERSION | 0.38 | 0.38 | 0.00 | 0.38 |



**Cook County Department of Corrections**
**RECORDS OFFICE**
2700 S. California
Chicago, Illinois 60608
TX: (773) 869-6810
FAX: (773) 869-7292

## VERIFICATION OF INCARCERATION

CCDOC Number: 2007-0094037    Date: 4-21-08

Regarding: Johnson Rickey    Date of Birth: 7-27-1987
AKA Perry Devaris
Social Security Number: _____

**To whom it may concern:**
Pursuant to your request, the following information is submitted:

Date entered the Cook County Department of Corrections: 12-18-07

Date released: In Jail    How released: ___

Case/Indictment# 720 ILCS 5/9-1(A)(1)    Case/Indictment# ___

Charge(s): AT 1st Degree Murder    Charge(s): ___

Disposition: Pending    Disposition: ___

Disposition Date: none    Disposition Date: ___

Incarcerated 9-15-07 on # 2007-0070314 Shipped to
IDOC 10-16-07, 2006-0095336 # 12-14-06 Bond out
12-15-2004 — 2004-0059657 FD 8-27-2004 Shipped to
IDOC.

4-21-08
Form completed by: W. Johnson



ARAMARK Inmate

Page 1 of 1

**AMARK** Managed Services *Managed Better.*

| e Search | Transactions | Orders | Exit |

Devaris AKA Perry

20070094037 - JOHNSON, RICKEY
**BALANCE: $11.87**

| Transaction | Amount | Balance |
|---|---|---|
| DEBIT | -13.20 | 11.87 |
| | 25.00 | 25.07 |
| DEBIT | -1.90 | 0.07 |
| DEBIT | -2.27 | 1.97 |
| DEBIT | -14.22 | 4.24 |
| DEBIT | -11.87 | 18.46 |
| | 30.00 | 30.33 |
| DEBIT | -49.78 | 0.33 |
| | 50.00 | 50.11 |
| DEBIT | -0.27 | 0.11 |

[Next 6 Records]

...saction To View The Detail or Print Full Report

...4 ARAMARK Corporation. All Rights Reserved

Numbers

| Sta... |
|---|
| 05/29/... |
| 05/21/... |
| 04/09/... |
| 03/26/... |
| 03/12/200... |
| 03/05/2... |
| 02/29/... |
| 02/07/... |
| 01/31/... |
| 01/30/... |

https://69.2!  AInfo.exe?App=Transactions&UserName=105150126227...  6/3/2008