UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PLAINTIFF(S) Devaris Perry PRO'Se

V.

DEFENDANT(S) Chicago Police Department, City of Chicago, Officers, Stephen Watts and Bartel Keithly

CASE NUMBER: 08CV4730
JUDGE LEFKOW
MAG. JUDGE SCHENKIER

FILED
Aug 20, 2008
AUG 20 2008
MB
MICHAEL W. DOBBINS
DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Devaris Perry, declare that I am the (check appropriate box)
   ☑ Plaintiff ☐ Defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):
   ☑ I am not currently, nor previously have been, represented by an attorney appointed by the court in this or any other civil or criminal proceeding before this court.
   ☐ I am currently, or previously have been, represented by an attorney appointed by the court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   ☑ I have attached an original Application for Leave to Proceed in Forma Pauperis in the proceeding detailing my financial status.
   ☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding, and it is a true and correct representation of my financial status.
   ☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Perry Devaris_         2700 S. California Ave.
Movant's Signature      Street Address

7-29-08                 Chicago, IL. 60608
Date                    City, State, ZIP